### Consent To Become A Party Plaintiff

Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b)

I hereby consent to be a party plaintiff seeking damages for Equal Pay Act violations against Daugherty Systems Inc., its owners and / or related entities.

Date: 7/31/16

Tamara O'Reilly

Exhibit 1