**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

Tamara O'Reilly )
 )
 )
   Plaintiff(s), )
 )
   vs. )   Case No. 4:18-cv-01283-RLW
Daugherty Systems, Inc. )
 )
 )
   Defendant(s). )

**DISCLOSURE OF ORGANIZATIONAL INTERESTS**
**CERTIFICATE**

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for Daugherty Systems, Inc hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

   a. Its parent companies or corporations (if none, state "none"):
      None

   b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
      None

   c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
      None

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/ Abigail B. Schwab
Signature (Counsel for Plaintiff/Defendant)
Print Name: Abigail B. Schwab
Address: 13354 Manchester Rd, Ste 110
City/State/Zip: St. Louis, MO 63131
Phone: 314 862 0300

**Certificate of Service**

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: October 2, 20 18.

/s/ Abigail B. Schwab
Signature