## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| TAMARA O'REILLY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:18CV01283 SRC |
| ) | |
| DAUGHERTY SYSTEMS, INC., ) | |
| ) | |
| Defendant(s). ) | |

### ORDER

The Court held a hearing on Plaintiff Tamara O'Reilly's Third Motion to Compel [35]. The motion is granted in part, and denied, in part. The Court orders the following:

1.    Daugherty Systems shall produce the information and documents requested in O'Reillys Interrogatory No. 3, and Request for Production of Documents No. 12 for 35 personnel with a variety of titles and roles for each of Daugherty Systems' branch offices. The parties must agree upon the exact titles and roles to be produced no later than October 22, 2019. Daugherty Systems must produce the requested information no later than November 5, 2019.

2.    The "attorneys' eyes only" designation on wage and payroll documents shall be removed as to Ms. O'Reilly.

3.    Daugherty Systems shall file a statement of compliance with the Court on completion of the discovery production.

4.     O'Reilly's motion to compel as to Request for Production No. 18 is denied without prejudice.

So Ordered this 16th day of October, 2019.

_____
**STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE**