| Position ID(s) (CCC000000) | TUF013708 | | | |
|---|---|---|---|---|
| Employment Profile - Effective Date | Effective between 02/09/1987 and 07/27/2020 | | | |
| Position ID | Payroll Name | Position Start Date | Position Effective Date | Position Effective End Date |
| TUF013708 | Froese, Julia Lynn | 04/24/2017 | 03/20/2018 | |
| TUF013708 | Froese, Julia Lynn | 04/24/2017 | 12/04/2017 | 03/19/2018 |
| TUF013708 | Froese, Julia Lynn | 04/24/2017 | 04/24/2017 | 12/03/2017 |
| TUF013708 | Froese, Julia Lynn | 04/27/2015 | 12/05/2016 | 04/23/2017 |
| TUF013708 | Froese, Julia Lynn | 04/27/2015 | 04/27/2015 | 12/04/2016 |
| TUF013708 | Froese, Julia Lynn | 08/26/2014 | 08/26/2014 | 04/26/2015 |
| | | | | |

| Location Description | Home Department Description | Job Title Code | Job Title Description | Position Status |
|---|---|---|---|---|
| 200 | 200-110 | SRCOPMII | Senior Consultant - Project Manager II | Terminated |
| 200 | 200-110 | SRCOPMII | Senior Consultant - Project Manager II | Active |
| 200 | 200-110 | SRCOPMII | Senior Consultant - Project Manager II | Active |
| 200 | 200-110 | CON PM1 | Consultant - Project Manager I | Active |
| 200 | 200-110 | CON PM1 | Consultant - Project Manager I | Active |
| 200 | 200-110 | ACAPM | Associate Consultant - Assoc Project Manager | Active |

CONFIDENTIAL                                                             DSI001748