| Plaintiff | Title/Role | Year | Base Salary | Comparator | Title/Role | Base Salary | Difference |
|---|---|---|---|---|---|---|---|
| Tamara O'Reilly | Director/Client Partner | 2017 | ■ | Drew Davis | Director/Client Partner | $■ | $75,000 |
| Rebecca Fuqua | Manager/Business Analyst III | 2017 | ■ | Wes Strait | Sr. Mgr/PM II | $■ | $36,402 |
| Christina Dunn | Sr. Consultant | 2018 | ■ | James Brown | Sr. Consultant | $■ | $5,000 |
| Deena Sneed | Sr. Consultant | 2018 | ■ | Jeff York | Sr. Consultant | $■ | $56,449 |
|  |  |  |  | Irfan Rashid | Sr. Consultant | $■ | $44,210 |
| Jennifer Thompson | Sr. Consultant | 2017 | ■ | Ben Hanks | Principal/PM | ■ | $50,000 |
|  |  |  |  | Zafer Youssef | Sr. Consultant | ■ | $15,000 |
| Lauren Griffith | Assoc. Consultant/SEI | 2018 | ■ | Alex Champsaur | Assoc. Consultant/SEI | $■ | $5,000 |
| Martha Coyle | Consultant | 2020 | $■ | Patrick Magistad | Sr. Consultant | $■ | $9,032 |
|  |  |  |  | Perry Peterson | Principal | $■ | $29,993 |
| Pam Doty | Consultant | 2019 | $■ | Bert Koehler | Consultant | $■ | $8,000 |
| RaNae Franke | Sr. Consultant/PMII | 2018 | $■ | Victor Barge | Mgr./PM | $■ | $20,680 |
| Sheila Rogers-Lucas | Sr. Consultant/PMII | 2018 | $■ | Vivek Khattri | Sr. Consultant | $■ | $500 |
| Tanya Alexander | Sr. Consultant/BA II | 2018 | $■ | Gregory Fey | Sr. Consultant/BA | $■ | $27,000 |
| Wendy Smith | Manager/PM II | 2018 | $■ | Jim Untz | Sr. Consultant/PM I | $■ | $11,341 |

| Plaintiff | Title/Role | Year | Base Salary | Comparator | Title/Role | Base Salary | Difference |
|---|---|---|---|---|---|---|---|
| Eileen McMullen | Sr. Consultant/PMII | 2018 | $■ | David Raymond | Sr. Consultant/PM II | $■ | $7,000 |
| Kristyn Angelo | Principal | 2019 | $■ | Frank Garrett | Principal | $■ | $8,980 |
| Christine Nistler | Sr. Consultant/PMII | 2018 | $■ | Alex Harms | Mgr./PM II | $■ | $11,614 |
| Caitlyn Marshall | Sr. Consultant | 2019 | $■ | Alex Gillette | Sr. Consultant | $■ | $39,500 |
| Rachana Gil | Sr. Consultant/PMI | 2018 | $■ | Darryl Patterson | Sr. Consultant/PMI | $■ | $35,500 |
| Julie Froese | Sr. Consultant/PMII | 2018 | $■ | Wayne Turley | Sr. Consultant/PMII | $■ | $15,000 |
| Helene Schultz | PM/Sr.Consultant | 2018 | $■ | Mike Schwarz | Sr.Mgr./PM | $■ | $35,454 |
|  |  |  |  | Kevin Baier | Sr.Mgr./PM | $■ | $15,318 |
| Jennifer Buckley | Sr. Consultant/PMII | 2018 | $■ | Eric Keiper | Consultant/PM II | $■ | $5,401 |
| Linda Rae Owens | Principal | 2018 | $■ | Eugene Shapiro | Principal Consultant | $■ | $34,915 |